**Order entered September 12, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-01708-CV

### HAL RACHAL, JR., Appellant

### V.

### LETKIEWICZ & FOSTER, Appellee

**On Appeal from the Probate Court No. 2
Dallas County, Texas
Trial Court Cause No. PR-09-2413-2**

## ORDER

We **GRANT** appellant's September 10, 2013 motion for an extension of time to file a

reply brief.  Appellant shall file his reply brief on or before Monday, October 7, 2013.


                                 /s/      DAVID LEWIS
                                         JUSTICE